REHAN SHEIKH, IN PRO SE
rehansheikh@yahoo.com

PO Box 869
French Camp, CA  95231-0869

Telephone:   209 982 9039
Facsimile:    209 468 6392

*E-FILED - 7/12/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH, <br><br>     Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., and DOES 1 through 20, inclusive, <br><br>     Defendants. | Case No.  C07-00262 RMW <br><br> **STIPULATION FOR CONTINUANCE OF JULY 13, 2007 HEARING DATE** AND ORDER<br><br> Date:  July 13, 2007 <br> Time:  9:30 a.m. <br> Judge: Hon. Ronald Whyte |

   Plaintiff, because of his health this week, is requesting a continuance of the July 13, 2007 hearing date. Plaintiff has approached defense counsel Ms. Marlene Muraco and Defendant Cisco Systems does not oppose Plaintiff's request. Both parties are jointly requesting the next court date be in or around August 2007.

(CASE NO.  C07-00262 RMW)               1.      Request for Continuance

_____  _____
Marlene Muraco, Esq.        REHAN SHEIKH
                            IN PRO SE

Dated: July 11, 2007        Dated: July 11, 2007

**ORDER**

IT IS SO ORDERED. THE HEARING ON JULY 13, 2007 WILL BE CONTINUED TO August 10, 2007 @ 10:30 a.m.

DATED: 7/12/07                _____
                              HON. DISTRICT COURT JUDGE WHYTE