*E-filed on* 11/06/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>        Plaintiff,<br><br>      v.<br><br>CISCO SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>        Defendants. | No. C-07-00262 RMW<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE |

      Pro se plaintiff Rehan Sheik, requests that he be permitted to file electronically ("e-file") using the court's Electronic Court Filing ("ECF") system.  To e-file, litigants must register to use the ECF and PACER systems.  However, a party proceeding pro se must secure an order from the judge assigned to the case permitting him to register for ECF.  Only once the order has been signed and appears on the docket for the case will a pro se party be issued a password for ECF.  Accordingly, plaintiff moves this court for an order granting him access to ECF.

      The court grants plaintiff's request for permission to e-file in this matter.  Notably, this order does not automatically register plaintiff with either ECF for PACER.  Plaintiff should go to the ECF site for the Northern District of California, https://ecf.cand.uscourts.gov/, and follow the instructions

ORDER GRANTING PLAINTIFF'S REQUEST FOR PERMISSION TO E-FILE   —No. C-07-00262 RMW
MAG

for registration on that site. Plaintiff is further reminded that once he has registered to e-file, he must comply with General Order No. 45, including continuing to submit courtesy chambers copies in hard copy, and that he will no longer receive hard copies of orders issued by the court.

DATED:     11/05/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**A copy of this order was mailed on**    **11/06/07**    **to:**

**Counsel for Plaintiffs:**

Rehan Sheikh
PO Box 869
French Camp, CA 95231-0869
*PRO SE*

**Counsel for Defendants:**

Marlene S. Muraco
Littler Mendelson
50 West San Fernando Street, 14th Floor
San Jose, CA 95113-2303
Email: mmuraco@littler.com

Erica H. Kelley
Littler Mendelson
50 West San Fernando Street, 14th Floor
San Jose, CA 95113-2503
Email: ehermatz@littler.com

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.