*E-filed on*    5/20/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>            Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>            Defendants. | No. C-07-00262 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE PACER CHARGES<br><br>**[Docket No. 51]** |

On April 29, 2008, plaintiff filed a document titled "Motion to Waive PACER Charges." A court may, for good cause, exempt persons from the electronic public access fees, in order to avoid unreasonable burdens and to promote access to necessary information.

Plaintiff was previously granted permission to use PACER and the court's e-filing system. He states that so far he has not been billed because his limited use of the system has resulted in less than $10 in charges. However, he intends to continue to use the system in conjunction with his pursuit of his claims and anticipates his use may exceed $10. He states that his income, based solely on his disability benefits, is extremely limited.

Plaintiff's motion demonstrates that it would be an unreasonable burden for him to pay PACER fees and that it would promote public access to electronic court docket information if he

ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE PACER CHARGES—No. C-07-00262 RMW
MAG

were permitted to use the PACER system without charge. Accordingly, the court exempts plaintiff from electronic public access fees for using PACER to prosecute his claims in Sheikh v. Cisco Systems, Case No. 07-00262-RMW.

To ensure that he is not billed to use the PACER system, plaintiff must be sure to send a copy of this order to: PACER Service Center, P.O. Box 780549, San Antonio, Texas, 78278-0549.

DATED:     5/19/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE PACER CHARGES—No. C-07-00262 RMW
MAG                                                     2

**A copy of this order was mailed on     5/20/08     to:**

**Plaintiff:**
Rehan Sheikh
PO Box 869
French Camp, CA 95231-0869
*PRO SE*

**Notice of this document has been electronically sent to:**

**Plaintiff**
Rehan Ayyub Sheikh                    rehansheikh@yahoo.com

**Counsel for Defendants:**
Marlene S. Muraco                     mmuraco@littler.com
Erica H. Kelley                       ehermatz@littler.com

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER GRANTING PLAINTIFF'S MOTION TO WAIVE PACER CHARGES—No. C-07-00262 RMW
MAG                                    3