*E-filed on*   7/7/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>            Plaintiff,<br><br>      v.<br><br>CISCO SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>            Defendants. | No. C-07-00262 RMW<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION<br><br>**[Docket No. 64]** |

*Pro se* plaintiff Rehan Sheikh has filed a second motion to remand his case to state court, the hearing on which is currently set for July 18, 2008. The court previously granted an extension for plaintiff to file a reply brief, giving him until June 13, 2008. On that date, plaintiff filed a request for a further extension, asking the court to give him until July 3, 2008 to submit his reply brief.

The court will grant plaintiff's request for an extension. His reply brief will now be due on or before Thursday, July 3, 2008. No further extensions will be granted for plaintiff to file his reply absent a showing of good cause (other than his disability).

DATED:      7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION—No. C-07-00262 RMW
MAG

**Notice of this document has been electronically sent to:**

**Plaintiff**
Rehan Ayyub Sheikh                    rehansheikh@yahoo.com

**Counsel for Defendants:**
Marlene S. Muraco                     mmuraco@littler.com
Erica H. Kelley                       ehermatz@littler.com

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION—No. C-07-00262 RMW
MAG                                    2