REHAN SHEIKH (Engineer), In Pro Per
rehansheikh@yahoo.com

PO Box 869
French Camp, CA  95231-0869

Telephone:    (209) 982 9039
Facsimile:    (209) 468 6392

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | District Court:　　C07-00262 RMW<br>Superior Court :　1-06-CV-063840<br><br>Submitted:　　　October 17, 2008<br><br>**MOTION TO DEFER BRIEFING SCHEDULE ON MOTION TO COMPEL BINDING ARBITRATION UNTIL MOTION FOR LEAVE FOR AMENDED COMPLAINT IS DECIDED (VIA ACCOMMODATION)**<br><br>Date　:　October 24, 2008<br>Time　:　10:00 AM<br>Judge:　Hon. Ronald M. Whyte |

Motion to Defer Briefing Schedule on Motion to Compel Binding Arbitration
Santa Clara Superior Court 1-06-CV-063840, District court Case: C07-00262 RMW

## FACTS

The plaintiff submitted a motion for leave to submit Third Amended Complaint on October 2, 2008. This is the first time the plaintiff has submitted a Motion for leave to submit an amended complaint. This plaintiff has submitted the complaint in order to satisfy this Court so that his case can be remanded to the state Court. Defendant had previously submitted a Motion to Compel Binding Arbitration. Plaintiff's Motion for leave to submit an amended complaint and defendant's Motion to Compel Binding arbitration were heard on October 3rd.

## ARGUMENT

As a practical matter, leave to amend is almost always granted by the court. FRCP 15(a) expressly states leave to amend "shall be freely given when justice so requires."

The plaintiff will be requesting to remand this case to the state Court after this Court is satisfied that there is no federal jurisdiction on his claims as presented in the Third Amended Complaint. As a matter of judicial economy, the plaintiff is requesting that briefing schedule on Motion to Compel Binding Arbitration is deferred until this Court has made a determination on Motion for leave to submit Third Amended Complaint.

## ACCOMMODATION

The plaintiff has limitations because of his intellectual health. The plaintiff was not able to submit an opposition brief on Motion to Compel Binding Arbitration because of his health. Plaintiff has qualified for accommodation for extra time. It will be an appropriate accommodation for the plaintiff, to defer briefing schedule on Motion to Compel Binding Arbitration until this Court has made a determination on his Motion for Leave to submit Third Amended Complaint. The Plaintiff has limitations on resources to afford the services of qualified expert attorney(s) because of his hardship.

## CONCLUSION

The plaintiff respectfully asks the Court to defer briefing schedule on defendant's Motion to Compel Binding Arbitration until this Court has made a determination on his Motion for Leave to submit Third Amended Complaint.

The plaintiff has submitted [draft] Third Amended Complaint in order to satisfy this Court that there is no federal jurisdiction for any of his claims.

Dated: October 17, 2008            _____

Rehan Sheikh,

Engineer, In Pro Se