**E-FILED on**    10/23/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>      Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., and DOES 1-20<br><br>      Defendants. | No. C-07-00262 RMW<br><br>ORDER DENYING MOTION TO DEFER BRIEFING SCHEDULE<br><br>**[Re Docket No. 78]** |

    On October 17, 2008, plaintiff Rehan Sheikh submitted a motion to defer the briefing schedule on defendant Cisco's motion to compel arbitration originally filed on April 7, 2008. The court denies the motion. As stated in the court's October 9, 2008 order, the court requests that Cisco file a brief concerning the unconscionability of the governing arbitration agreement by October 27, 2008.

DATED:    10/22/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO DEFER BRIEFING SCHEDULE; No. C-07-00262 RMW
JAS

1    **Notice of this document has been electronically sent to:**

2    **Counsel for Plaintiff:**

3    Rehan Ayyub Sheikh      rehansheikh@yahoo.com

4    **Counsel for Defendants:**

5    Marlene S. Muraco      mmuraco@littler.com
      Erica H. Kelley      ehermatz@littler.com

7    Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10    **Dated:**    10/23/08                        JAS
                                                                 **Chambers of Judge Whyte**