**E-FILED on**   10/7/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>      Plaintiff,<br><br>      v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | No. C-07-00262 RMW<br><br>ORDER TO SHOW CAUSE |

On March 31, 2009, the court granted defendant's motion to compel arbitration and stayed further proceedings in this case pending resolution of the arbitration. No further filings have been made, and more than enough time would appear to have elapsed for arbitration to have been completed. The court therefore orders the parties to appear at 9:00 a.m. on October 22, 2010 and show cause why this case should not be dismissed for lack of prosecution. Absent a showing of good cause, this case will be dismissed.

DATED:    10/7/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TO SHOW CAUSE—No. C-07-00262 RMW
CCL