**E-FILED on** __10/28/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REHAN SHEIKH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　　Defendant. | No. C-07-00262 RMW<br><br>JUDGMENT |

 On October 28, 2010, the court dismissed this action without prejudice.  Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendant.

DATED:　　__10/28/10__　　　　　　　　　*Ronald M. Whyte*
　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

JUDGMENT—No. C-07-00262 RMW
CCL