REHAN SHEIKH (Engineer), In Pro Per

PO Box 869
French Camp, CA  95231-0869
Telephone:     (209) 982 9039
rehansheikh@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

NINTH CIRCUIT COURT OF APPEALS

| | |
|---|---|
| REHAN SHEIKH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC.,<br>and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | District Court:　　　C07-00262 RMW<br><br>**NOTICE OF CIVIL APPEAL**<br><br>**FRAP 3**<br><br>**JUDGE: HON. RONALD WHYTE** |

Plaintiff hereby submits this Notice of Civil appeal with the Ninth Circuit Court of Appeals on premature dismissal of the above referenced matter with the Northern District of California. Plaintiff submits this civil appeal on the District Court rulings including but not limited to dismissal order dated Oct 28, 2010.

　　　　　　　　　　　　　　　Respectfully Submitted by;


　　　　　　　　　　　　　　　/s/ Rehan Sheikh

Dated: November 24, 2010　　-----------------------------------
　　　　　　　　　　　　　　　Rehan Sheikh,

Plaintiff's Notice of Appeal with Ninth Circuit Court of Appeals
Sheikh v. Cisco Systems Inc.