UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

Rehan Ayyub Sheikh
PO Box 869
French Camp, CA 95231

SUBJECT:   Request for Payment of Docket Fee

Title: **REHAN SHEIKH -v- CISCO SYSTEMS, INC.**
Case Number:   **CV 07-00262 RMW**
Court of Appeals Number:   10-17684

A notice of appeal was filed with this Court electronically on November 24, 2010 the docketing fee of $ 455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Betty Walton*

by:  Betty Walton
Case Systems Administrator

cc: U.S. Court of Appeals