```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611008770
Cashier ID: harwellt
Transaction Date: 12/20/2010
Payer Name: Rehan A Skeikh

NOTICE OF APPEAL/DOCKETING FEE
 For: Rehan Skeikh
 Case/Party: D-CAN-5-07-CV-000262-001
 Amount:        $455.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 1035
 Amt Tendered:  $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Case # 07-cv-262-RMW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```