```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4


 5
     REHAN SHEIKH,                 ) C-07-00262 RMW
 6                                 )
                  PLAINTIFF,       ) SAN JOSE, CALIFORNIA
 7                                 )
            VS.                    ) JUNE 8, 2007
 8                                 )
     CISCO SYSTEMS, INC., AND      ) PAGES 1-9
 9   DOES 1 THROUGH 20,            )
     INCLUSIVE,                    )
10                                 )
                  DEFENDANT.       )
11  ────────────────────────────── )

12
                 TRANSCRIPT OF PROCEEDINGS
13         BEFORE THE HONORABLE RONALD M. WHYTE
                UNITED STATES DISTRICT JUDGE
14


15
     A P P E A R A N C E S:
16
     FOR THE PLAINTIFF:  REHAN AYYUB SHEIKH
17                       IN PROPRIA PERSONA
                         P.O. BOX 869
18                       FRENCH CAMP, CALIFORNIA  95231

19
     FOR THE DEFENDANT:  LITTLER MENDELSON
20                       BY:  MARLENE S. MURACO
                         50 WEST SAN FERNANDO STREET
21                       15TH FLOOR
                         SAN JOSE, CALIFORNIA  95113

22


23


24
     OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
25                            CERTIFICATE NUMBER 9595


                                                        1
```

```
                                                                    2
```

P R O C E E D I N G S

(WHEREUPON, COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

THE CLERK: NEXT MATTER, C-07-00262, REHAN SHEIKH VERSUS CISCO SYSTEMS, ON FOR PLAINTIFF'S MOTION FOR REMAND.

MS. MURACO: GOOD MORNING, YOUR HONOR. MARLENE MURACO FOR CISCO SYSTEMS.

THE COURT: GOOD MORNING.

MR. SHEIKH: GOOD MORNING, YOUR HONOR. MY NAME IS REHAN SHEIKH. I'M THE PLAINTIFF.

THE COURT: OKAY. IT SEEMS TO ME THAT ALTHOUGH THERE'S BEEN AN ATTEMPT TO LIMIT THIS TO PURELY STATE CLAIMS, THERE IS A CLAIM FOR FAILURE TO PAY BENEFITS UNDER THE ERISA PLAN AND, THEREFORE, I THINK THERE'S A BASIS FOR KEEPING THE MATTER IN FEDERAL COURT.

SO THAT'S WHERE I AM. I'D BE HAPPY TO HEAR BRIEF COMMENTS IF YOU WANT TO MAKE ANY.

MR. SHEIKH: YES, YOUR HONOR.

MY CLAIM IS FOR -- ABOUT RETALIATION. CISCO SYSTEMS RETALIATED AGAINST ME AFTER I FILED A DISCRIMINATION COMPLAINT, AND I LOST ALL MY BENEFITS, INCLUDING LONG-TERM DISABILITY BENEFITS.

1            AS FAR AS THIS CLAIM IS CONCERNED, RIGHT
2   NOW MY DISABILITY BENEFITS, MY LONG-TERM DISABILITY
3   BENEFITS ARE UNDER TERMINATION BY THE INSURANCE
4   CARRIER.
5            THE COURT:  ARE WHAT?  I'M SORRY.
6            MR. SHEIKH:  BY THE INSURANCE CARRIER.
7            THE COURT:  WHAT DID YOU SAY BEFORE THAT?
8            MR. SHEIKH:  THEY ARE IN THE PROCESS OF
9   REASSESSMENT.
10           THE COURT:  OKAY.
11           MR. SHEIKH:  SORRY.  I DEVELOPED SOME
12  DISABILITY.  IT MAKES IT DIFFICULT TO SPEAK
13  FLUENTLY.
14           THE COURT:  THAT'S ALL RIGHT.
15           MR. SHEIKH:  AND UNDER THE DEPARTMENT OF
16  INSURANCE OF CALIFORNIA, THEY HAD AN ARGUMENT WITH
17  THE INSURANCE AGENCY AND UNDER THAT, THEY WILL
18  REVIEW ALL THE CASES THAT WERE DENIED FOR THE LAST
19  SEVERAL YEARS, AND MY CLAIM IS ONE OF THEM.
20           SO I ACTUALLY HAVE A LETTER THAT IS FROM
21  THE INSURANCE COMPANY THAT SHOWS THAT THEY ARE
22  EVALUATING MY CLAIM FOR THE TERMINATION OF
23  BENEFITS, AND THIS CLAIM IS PURELY BECAUSE OF
24  RETALIATION AND THEIR FAILURE TO ACCOMMODATE ME
25  AFTER I TRIED TO JOIN AFTER MY DISABILITY.

1           THE COURT:  ALL RIGHT.  I UNDERSTAND YOU
2    HAVE A CLAIM FOR RETALIATION.
3           BUT YOU'RE ALSO CLAIMING THAT YOU DIDN'T
4    GET BENEFITS THAT WERE DUE UNDER THE SHORT-TERM AND
5    LONG-TERM DISABILITY POLICY?
6           MR. SHEIKH:  YES, THAT'S TRUE.  MY
7    SHORT-TERM DISABILITY BENEFITS, I HAD TO GO TO THE
8    ADMINISTRATIVE JUDGE AND I WAS AWARDED THOSE
9    BENEFITS.
10          I HAVE A CLAIM FOR WORKERS' COMPENSATION
11   BENEFITS, WHICH IS WHERE I AM REPRESENTED BY A
12   COUNSEL.
13          AND I AM ALSO WORKING WITH THE INSURANCE
14   COMPANY TO GET MY LTD BENEFITS.
15          THE COURT:  RIGHT.  BUT YOU'RE MAKING A
16   CLAIM FOR LONG-TERM DISABILITY BENEFITS IN THIS
17   ACTION?
18          MR. SHEIKH:  NO, YOUR HONOR.  I AM SAYING
19   THAT I DID NOT GET ALL THOSE BENEFITS BECAUSE THEY
20   RETALIATED AGAINST ME.
21          THE COURT:  RIGHT.
22          MR. SHEIKH:  AND THIS CLAIM IS NOT FOR
23   THE TERMINATION OF MY BENEFITS.
24          IT IS RATHER THAT THEY COMPLETED THE
25   CONTRACTED OBLIGATIONS TO HELP ME IN PROCESSING OF

1    THOSE BENEFITS.
2            THE COURT:  OKAY.  THANK YOU.
3            ANYTHING FURTHER?
4            MS. MURACO:  NO, YOUR HONOR.
5            THE COURT:  ALL RIGHT.  THE MATTER WILL
6    BE SUBMITTED.  I'LL SEND OUT AN ORDER.
7            BUT I AM GOING TO KEEP THE CASE HERE AS
8    THE COMPLAINT NOW STANDS.
9            MS. MURACO:  THANK YOU.
10           THE COURT:  THANK YOU.
11           THE CLERK:  YOU HAVE A CMC?
12           MS. MURACO:  WE DO.
13           THE COURT:  DO YOU WANT TO DO THAT NOW?
14           MS. MURACO:  I WOULD.
15           THE COURT:  OKAY.  LET ME GO GET THE
16   REMAINDER OF THE FILE.
17           MS. MURACO:  THANK YOU.
18           (PAUSE IN PROCEEDINGS.)
19           THE COURT:  MR. SHEIKH, AM I PRONOUNCING
20   YOUR NAME CORRECTLY?
21           MR. SHEIKH:  YES, SIR.
22           THE COURT:  YOU'RE FILING AN AMENDED
23   COMPLAINT?
24           MR. SHEIKH:  YES.  I COMMUNICATED WITH
25   THE COUNSEL I HAD SOME OTHER CLAIMS THAT I WANTED

1    TO BRING UP, AND I FILED IT IN FEDERAL COURT, AS

2    WELL AS STATE COURT, BECAUSE THE STATUTE WAS

3    RUNNING OUT.

4            THE COURT:  OKAY.  HAVE YOU SEEN THE

5    AMENDED COMPLAINT?

6            MS. MURACO:  I DO HAVE A COPY OF IT, YES.

7            THE COURT:  YOU HAVE NOT ANSWERED THE

8    ORIGINAL COMPLAINT?

9            MS. MURACO:  I DID ANSWER IN STATE COURT.

10           THE COURT:  OKAY.  WHAT'S YOUR POSITION

11   WITH RESPECT TO THE AMENDED COMPLAINT?  DO YOU --

12           MS. MURACO:  I HAD NOT -- I HAVE HAD

13   CONVERSATIONS WITH MR. SHEIKH ABOUT -- MR. SHEIKH,

14   I'M SORRY.

15           MR. SHEIKH:  THANK YOU.

16           MS. MURACO:  -- ABOUT FILING AN AMENDED

17   COMPLAINT, AND HE HAD ORIGINALLY ASKED TO ADD

18   CLAIMS FOR DISABILITY DISCRIMINATION AND FAILURE

19   ACCOMMODATE, AND I STIPULATED TO THAT.

20           AND THEN HE WENT AHEAD AND FILED A

21   COMPLAINT THAT WENT BEYOND THAT.

22           SO I HAVEN'T -- AND I JUST GOT IT ON

23   FRIDAY, OR WHATEVER IT WAS.

24           THE COURT:  I GUESS MY QUESTION IS, ARE

25   YOU --

1    MS. MURACO:  AM I GOING TO OBJECT?

2    THE COURT:  YOU'RE GOING TO OBJECT TO AN
3    AMENDED COMPLAINT?

4    MS. MURACO:  PROBABLY NOT, YOUR HONOR.

5    THE COURT:  OKAY.  DO YOU WANT TO GO
6    AHEAD AND SCHEDULE THE CASE NOW, OR DO YOU WANT TO
7    WAIT AND SEE WHAT YOU ARE GOING TO DO WITH RESPECT
8    TO THE AMENDED COMPLAINT?

9    MS. MURACO:  I WOULD RATHER DO THAT.

10   THE COURT:  OKAY.  SO YOUR ANSWER IS DUE
11   ON -- OR YOUR RESPONSE IS DUE IN ABOUT THREE WEEKS,
12   20 DAYS, I GUESS, FROM WHEN IT WAS SERVED.

13   MS. MURACO:  I THINK IT'S 15 DAYS FOR AN
14   AMENDED COMPLAINT.  I'LL TAKE 20.  IT WAS SERVED ON
15   ME ON FRIDAY, I BELIEVE.

16   THE COURT:  FRANKLY, I DON'T REMEMBER.  I
17   THOUGHT IT WAS 20, BUT YOU MIGHT BE RIGHT.

18   MS. MURACO:  I'LL DOUBLE-CHECK.

19   THE COURT:  SO YOU WANT A CASE MANAGEMENT
20   CONFERENCE AFTER YOU'VE REVIEWED THE AMENDED
21   COMPLAINT, SO ABOUT 30 DAYS FROM NOW?

22   MS. MURACO:  THAT WOULD BE GREAT.

23   THE COURT:  IS THAT ALL RIGHT WITH YOU?

24   MR. SHEIKH:  THAT WOULD BE OKAY, YOUR
25   HONOR.

1       THE COURT: OKAY. YOU WANT TO SET THEM A
2  DATE 30 DAYS OUT?
3       THE CLERK: HOW ABOUT THE 6TH OF JULY, OR
4  THE 13TH?
5       MS. MURACO: I BELIEVE THE 6TH IS FINE.
6       THE COURT: IS THAT ALL RIGHT WITH YOU?
7       MR. SHEIKH: WHAT DAY IS THAT?
8       THE CLERK: THAT'S A FRIDAY.
9       MR. SHEIKH: HOW ABOUT THE 13TH?
10      THE CLERK: I'M SORRY?
11      MR. SHEIKH: HOW ABOUT THE 13TH?
12      THE COURT: THE 13TH IS FINE. SO THE
13  13TH AT 10:30.
14      MR. SHEIKH: YES, THAT WORKS.
15      THE COURT: OKAY. AND ARE YOU GOING TO
16  BE GETTING REPRESENTATION BY AN ATTORNEY, OR NOT?
17      MR. SHEIKH: AT THIS TIME I'M
18  REPRESENTING MYSELF. I WILL SEE WHAT OPTIONS I
19  WILL HAVE.
20      THE COURT: OKAY. BECAUSE IF YOU'RE
21  GOING TO BE REPRESENTED BY AN ATTORNEY, IT WOULD BE
22  VERY HELPFUL TO HAVE HIM OR HER HERE ON THE 13TH.
23      MR. SHEIKH: OKAY.
24      THE COURT: OKAY. THANK YOU.
25      MR. SHEIKH: THANK YOU.

```
1            MS. MURACO:  THANK YOU.
2            (WHEREUPON, THE PROCEEDINGS IN THIS
3   MATTER WERE CONCLUDED.)
```