```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4


 5
     REHAN SHEIKH,               ) C-07-00262 RMW
 6                               )
              PLAINTIFF,         ) SAN JOSE, CALIFORNIA
 7                               )
           VS.                   ) JULY 18, 2008
 8                               )
     CISCO SYSTEMS, INC., AND    ) PAGES 1-16
 9   DOES 1 THROUGH 20,          )
     INCLUSIVE,                  )
10                               )
              DEFENDANT.         )
11   _____)

12
                  TRANSCRIPT OF PROCEEDINGS
13         BEFORE THE HONORABLE RONALD M. WHYTE
                UNITED STATES DISTRICT JUDGE
14


15
     A P P E A R A N C E S:
16
     FOR THE PLAINTIFF:  REHAN AYYUB SHEIKH
17                       IN PROPRIA PERSONA
                         P.O. BOX 869
18                       FRENCH CAMP, CALIFORNIA  95231

19
     FOR THE DEFENDANT:  LITTLER MENDELSON
20                       BY:  MARLENE S. MURACO
                         50 WEST SAN FERNANDO STREET
21                       15TH FLOOR
                         SAN JOSE, CALIFORNIA  95113

22


23


24
     OFFICIAL COURT REPORTER: LEE-ANNE SHORTRIDGE, CSR, CRR
25                            CERTIFICATE NUMBER 9595


                                                        1
```

```
                                                                    2
```

| | |
|---|---|
| 1 | |
| 2 | SAN JOSE, CALIFORNIA                    JULY 18, 2008 |
|   | P R O C E E D I N G S |
| 3 | (WHEREUPON, COURT CONVENED AND THE |
| 4 | FOLLOWING PROCEEDINGS WERE HELD:) |
| 5 | THE CLERK: NEXT MATTER, C-07-00262, |
| 6 | REHAN SHEIKH VERSUS CISCO SYSTEMS, ON FOR |
| 7 | PLAINTIFF'S MOTION TO REMAND. |
| 8 | (REHAN SHEIKH, PLAINTIFF, NOT PRESENT.) |
| 9 | MS. MURACO: GOOD MORNING, YOUR HONOR. |
| 10 | MARLENE MURACO FOR DEFENDANT CISCO. |
| 11 | THE COURT: HAVE YOU SEEN THE PLAINTIFF? |
| 12 | MS. MURACO: NO. HE DID FILE ANOTHER |
| 13 | BRIEF THIS MORNING, THOUGH, YOUR HONOR, ANOTHER |
| 14 | 25-PAGE REPLY BRIEF TO GO WITH THE 65-PAGE ONE HE |
| 15 | FILED BEFORE. |
| 16 | THE COURT: THE PROBLEM I HAVE -- SINCE |
| 17 | HE'S NOT HERE, I GUESS WE GO FORWARD WITHOUT HIM. |
| 18 | BUT IT REALLY DOES APPEAR THAT HE IS NOT |
| 19 | MAKING AN ERISA CLAIM AND HE'S BASICALLY SAID SO IN |
| 20 | HIS PAPERS. |
| 21 | AND WHEN YOU READ THROUGH THE COMPLAINT, |
| 22 | IT'S PRETTY CLEARLY BASED ON STATE DISCRIMINATION |
| 23 | LAW. |
| 24 | MS. MURACO: WHAT HE SAID, YOUR HONOR, IS |
| 25 | THAT HE'S NOT SEEKING PAYMENT OF THE LONG-TERM |

1    DISABILITY BENEFITS BECAUSE THEY WERE ALREADY PAID
2    OUT TO HIM.
3             BUT AS THE COURT NOTED IN ITS AUGUST
4    10TH, 2007 ORDER, THE FACT THAT THE LONG-TERM
5    DISABILITY BENEFITS HAVE SINCE BEEN PAID DOES NOT
6    NECESSARILY MEAN THERE'S NO ERISA PREEMPTION.
7             FOR EXAMPLE, IF THE DISCRIMINATORY
8    CONDUCT NEVERTHELESS INVOLVES THE ADMINISTRATION OF
9    BENEFITS UNDER AN ERISA PLAN, WHAT HE KEEPS SAYING
10   IS "I DON'T -- I'M NOT ASKING FOR THE BENEFITS
11   BECAUSE THEY'VE ALREADY BEEN PAID."
12            BUT IF YOU LOOK AT HIS AMENDED COMPLAINT,
13   HIS SECOND AMENDED COMPLAINT, WHICH IS HIS THIRD
14   TRY HERE, IT CONTINUES TO INCLUDE A BREACH OF
15   CONTRACT CLAIMS THAT SPECIFICALLY REFERENCE PAYMENT
16   OF THE LONG-TERM DISABILITY BENEFITS.
17            AND IN HIS FIRST REPLY BRIEF, HE SAYS
18   THAT IT'S -- THAT THE CONTRACT CLAIM IS BASED ON
19   THE FACT THAT HE SIGNED AN AGREEMENT WITH CISCO
20   THROUGH ITS AGENT, UNUM, THE LONG-TERM DISABILITY
21   PROVIDER, TO RESOLVE THE ERISA BENEFITS CLAIM VIA
22   NEUTRAL CLAIM ADMINISTRATORS.
23            THE PLAINTIFF STOOD BY HIS OBLIGATION AND
24   WAITED FOR TWO AND A HALF YEARS BEFORE CISCO AND
25   UNUM ACTUALLY CARED TO REVIEW HIS ERISA PLAN

1     BENEFITS THAT ULTIMATELY RESULTED IN PAYMENT OF
2     BENEFITS.
3                HIS COMPLAINT CONTINUES TO MAKE A CLAIM
4     THAT CISCO SYSTEMS INTERFERED WITH HIS TIMELY
5     RECEIPT OF LONG-TERM DISABILITY BENEFITS.
6                HE SAYS, "I GOT THE BENEFITS, BUT I
7     SUFFERED ADDITIONAL HARM AND I'M SEEKING A REMEDY
8     THROUGH BREACH OF CONTRACT AND BREACH OF IMPLIED
9     COVENANT FOR THE DELAY AND THE PAYMENT, IN THE
10    PAYMENT OF THOSE BENEFITS."
11               SO THAT CLAIM IS STILL THERE, YOUR HONOR,
12    AND HE'S HAD REPEATED CHANCES TO GET RID OF IT.
13               HE WENT THROUGH IN THE SECOND AMENDED
14    COMPLAINT, AND HE COULD HAVE JUST SPECIFIED, "I'M
15    SEEKING REMEDY FOR THE FAILURE TO TIMELY PAY ME
16    SHORT-TERM DISABILITY BENEFITS AND WORKER'S
17    COMPENSATION BENEFITS."
18               HE DIDN'T.  INSTEAD HE WENT THROUGH AND
19    JUST USED THE WORD, QUOTE, "BENEFITS," WHERE BEFORE
20    HE HAD SAID "LONG-TERM DISABILITY BENEFITS," TO
21    PRESERVE HIS RIGHT TO CONTINUE TO MAKE THIS CLAIM
22    THAT CISCO TIMELY INTERFERED -- INTERFERED WITH HIS
23    TIMELY RECEIPT OF THE BENEFITS.
24               AND THIS ALL HAS TO BE VIEWED, YOUR
25    HONOR, AGAINST THE BACKDROP OF MY -- OF DEFENDANT'S

1   PENDING MOTION TO COMPEL ARBITRATION OF THIS MATTER
2   THAT WAS FILED THREE MONTHS AGO.
3          I THINK THE COMPLAINT -- YOU KNOW, IN HIS
4   REPLY BRIEF, HE SAYS, "YES, THE COMPLAINT STILL
5   REFERS TO SHORT-TERM DISABILITY BENEFITS, BUT
6   THAT'S A TYPOGRAPHICAL ERROR."
7          AND THEN HE GOES ON TO SAY, TO EXPLAIN,
8   "WELL, YES, BUT THERE IS A CONTRACT CLAIM BASED ON
9   THIS CONTRACT RELATING TO MY LONG-TERM DISABILITY
10  BENEFITS."
11         AND THEN HE SAYS THAT, IN FACT, IF THE
12  COURT WANTS HIM TO, HE'LL FILE A SEPARATE LAWSUIT
13  RELATING TO HIS ERISA BENEFITS BECAUSE HE MAY STILL
14  HAVE A CLAIM THERE.
15         I MEAN, THAT'S ON PAGE 43 OF THE INITIAL
16  REPLY BRIEF.
17         SO -- AND ALSO, WHEN HE TALKS ABOUT, ON
18  PAGE 37 OF HIS FAIR EMPLOYMENT AND HOUSING ACT
19  RETALIATION CLAIM, HE SAYS -- THESE ARE HIS CURRENT
20  ALLEGATIONS -- CISCO INTERFERED WITH THE BENEFITS
21  THE PLAINTIFF WAS ELIGIBLE DUE TO HIS DISABILITY
22  AND IT TOOK SEVERAL YEARS BEFORE PLAINTIFF WAS ABLE
23  TO RECOVER THOSE BENEFITS FROM CISCO.
24         IT'S THE SAME CLAIM.  CISCO, YOU
25  INTERFERED WITH MY TIMELY RECEIPT OF BENEFITS.

1          I THINK THE CURRENT COMPLAINT AS IT'S
2  CURRENTLY STATED CONTINUES TO INCLUDE AN ERISA
3  CLAIM, A CLAIM THAT'S PREEMPTED, AND THE COURT HAS
4  JURISDICTION TO ADDRESS MY PENDING PETITION TO
5  COMPEL ARBITRATION.
6          THE COURT:  OKAY.  THANK YOU.
7          MS. MURACO:  THANK YOU, YOUR HONOR.
8          THE COURT:  THE MATTER WILL STAND
9  SUBMITTED.
10         (WHEREUPON, A RECESS WAS TAKEN AND THE
11 CASE WAS RECALLED.)
12         (REHAN SHEIKH, PLAINTIFF, PARTICIPATED BY
13 TELEPHONE.)
14         THE CLERK:  RECALLING CASE C-07-044 --
15 SORRY.  STRIKE THAT.  WRONG NUMBER.
16         RECALLING CASE C-07-00262, REHAN SHEIKH
17 VERSUS CISCO SYSTEMS, ON FOR PLAINTIFF'S MOTION TO
18 REMAND.
19         STATE YOUR APPEARANCES, PLEASE.
20         MS. MURACO:  GOOD AFTERNOON, YOUR HONOR.
21         THE CLERK:  YOU'RE GOING TO HAVE TO USE
22 THE MICROPHONE.
23         MS. MURACO:  THANK YOU.  GOOD AFTERNOON,
24 YOUR HONOR.  MARLENE MURACO.
25         THE COURT:  I DON'T THINK IT'S AFTERNOON

1    QUITE YET.
2             MS. MURACO:  ALMOST.  MARLENE MURACO FOR
3    DEFENDANT CISCO SYSTEMS.
4             MR. SHEIKH:  GOOD MORNING, YOUR HONOR.
5    THIS IS REHAN SHEIKH, PLAINTIFF IN THIS CASE.
6             THE COURT:  MR. SHEIKH, WHAT CONCERNS ME
7    IS THAT YOUR COMPLAINT IN THE, I BELIEVE IT'S THE
8    SEVENTH AND EIGHTH CAUSES OF ACTION -- I MAY BE
9    REMEMBERING WRONG -- YEAH, THE SEVENTH AND EIGHTH
10   CAUSES OF ACTION APPEAR TO STILL BE CLAIMING SOME
11   FAILURE TO --
12            MR. SHEIKH:  IMPROPER DENIED.
13            THE COURT:  IMPROPER DENIAL OF BENEFITS
14   OR CAUSING DELAY IN THE PAYMENT OF BENEFITS, AND IF
15   THAT'S THE CASE, THEN YOU STILL HAVE AN ERISA CLAIM
16   IN THIS CASE.
17            MR. SHEIKH:  WELL, YOUR HONOR, THE BASIS
18   FOR THAT IS THAT -- THE DISTINCTION IS THAT, IS
19   THAT I AM NOT CLAIMING IMPROPER DENIAL MOTIVATED BY
20   DENIAL OF BENEFITS.
21            BUT THIS IS CLEARLY AS A RESULT OF
22   RETALIATION FOR MY CONFIDENTIAL COMMUNICATION.
23            I HAVE SUBMITTED COMPLAINTS OF
24   DISCRIMINATION YEARS BEFORE ANY APPLYING DENIAL.
25            AND EVEN DEFENDANT IN THEIR RESPONSE, SHE

1  SAID THAT IT'S MY VERSATILITY -- OR CHARGE OF
2  RETALIATION, AND THAT CLEARLY SHOWS THAT I
3  COMPLAINED OF RETALIATION AND, IN FACT, A DENIAL OF
4  BENEFITS OR ANY IMPROPER HANDLING IS MOTIVATED BY
5  RETALIATION FOR MY COMPLAINTS OF DISCRIMINATION.
6          IN ADDITION TO THAT, WITH THE MEMO I
7  SUBMITTED ENTITLEMENT, WHICH IS BASICALLY MEMO OF
8  POINTS AND AUTHORITIES.
9          I ALSO SUBMITTED EXHIBITS ON, ON --
10 PROBABLY ON THE 10TH OF THIS MONTH, APPROXIMATELY,
11 AND THOSE EXHIBITS ARE BASICALLY, NUMBER ONE, MY
12 COMPLAINTS OF DISCRIMINATION WITH THE EEOC AND
13 CITING SEVERAL FACTORS IN WHICH I HAVE CLEARLY
14 SUGGESTED THAT THIS DENIAL IS MOTIVATED BY
15 RETALIATION.
16         THE COURT:  BUT IF YOU'RE CLAIMING DENIAL
17 OF BENEFITS, WHETHER IT'S AS A RESULT OF
18 DISCRIMINATION OR RETALIATION --
19         MR. SHEIKH:  YES.
20         THE COURT:  -- THEN THOSE CLAIMS FALL
21 WITHIN ERISA, I BELIEVE.
22         MR. SHEIKH:  WELL, YOUR HONOR, IT'S
23 POSSIBLE, IF WE, HOWEVER, LOOK AT -- NINTH CIRCUIT
24 HAS CLEARLY RULED AND THIS COURT HAS NOTED IN THE
25 ORDER DENYING REMAND THAT -- IT'S BASICALLY IF

8

```
 1    THERE ARE -- I SHOULD READ FROM THE COURT ORDER.
 2              IF THEIR DENIAL IS BASED ON -- IF IT'S
 3    MOTIVATED BY RETALIATION, THEN IT'S NOT PREEMPTED
 4    BY ERISA.
 5              THE COURT:  IF WHAT'S MOTIVATED -- IF THE
 6    FAILURE TO PAY BENEFITS IS MOTIVATED BY
 7    DISCRIMINATION --
 8              MR. SHEIKH:  WELL, YOUR HONOR, THE
 9    SITUATION IS THAT I STARTED WORKING FOR THEM IN
10    AROUND YEAR 2000, AND IN YEAR 2002, I COMPLAINED
11    FOR DISCRIMINATION BY MY SUPERVISOR AND MANAGERS OF
12    INDIAN ORIGIN, AND I AM OF A NATIONALITY,
13    PAKISTANI, WHICH IS, YOU KNOW, IS NOT VERY FAIR.  I
14    LIVE WITH THEM ALL THE TIME.
15              THERE WERE OBVIOUSLY SEVERAL ACTS OF
16    RETALIATION, AND I COMPLAINED BASICALLY OF
17    DISCRIMINATION BY MY INDIAN MANAGER WITH THE
18    COMPANY AND WITH THE EEOC IN 2002 AND IN 2003.
19              THERE WERE OTHER EMPLOYEES IN THE SAME
20    GROUP WHO COMPLAINED OF DISCRIMINATION BY THE SAME
21    MANAGER WITH US, AND THAT WAS AT HUMAN RESOURCES --
22              THE COURT:  THERE'S NO QUESTION THAT
23    THOSE KINDS OF CLAIMS CAN BE BROUGHT UNDER THE
24    STATE ANTIDISCRIMINATION LAWS.
25              MR. SHEIKH:  EXACTLY.
```

```
 1              THE COURT:  BUT -- WAIT A MINUTE, WAIT A
 2   MINUTE, WAIT A MINUTE.
 3              MR. SHEIKH:  BUT WHAT --
 4              THE COURT:  WAIT A MINUTE.
 5              BUT WHAT ELSE YOU'VE ALLEGED IS THAT
 6   THERE'S BEEN, APPARENTLY, A FAILURE TO PAY
 7   BENEFITS, OR THE DELAY IN PAYING BENEFITS, WHICH
 8   WOULD --
 9              MR. SHEIKH:  WHICH CLAIM, YOUR HONOR?
10              THE COURT:  THE SEVENTH.
11              MR. SHEIKH:  THERE ARE SO MANY THINGS,
12   YOU KNOW.
13              THE COURT:  THE SEVENTH AND EIGHTH CAUSES
14   OF ACTION.
15              MR. SHEIKH:  ARE YOU REFERRING TO MY MEMO
16   THAT I SUBMITTED ON THE 3RD, JULY 3RD?
17              THE COURT:  I'M LOOKING AT YOUR
18   COMPLAINT.
19              MR. SHEIKH:  MY COMPLAINT.  SECOND
20   AMENDED COMPLAINT OR FIRST AMENDED COMPLAINT?
21              THE COURT:  SECOND.  THAT'S THE ONE THAT
22   GOVERNS.
23              MR. SHEIKH:  OKAY.
24              THE COURT:  I GUESS THE BOTTOM LINE IS,
25   ARE YOU CLAIMING DAMAGES FOR DELAY IN PAYMENT OF
```

1  BENEFITS, OR THAT CERTAIN LONG-TERM OR SHORT-TERM
2  DISABILITY PAYMENTS HAVE NOT BEEN MADE?
3              MR. SHEIKH:  I AM NOT CLEAR, BUT IF THIS
4  COURT ALLOWS ME PROBABLY 60 SECONDS, I WOULD
5  REQUEST THIS COURT -- WHAT I WANT TO SAY.  PLEASE
6  GIVE ME TEN SECONDS BEFORE I START MY RESPONSE.
7              (PAUSE IN PROCEEDINGS.)
8              MR. SHEIKH:  WELL, I DID CLAIM IMPROPER
9  DENIAL, AND IN MY DOCUMENT I SUBMITTED ON JULY 3RD
10  IN THIS MEMO ON THIS ISSUE, I -- YOU KNOW, I
11  SUBMITTED IN DETAIL ON PAGE 42 OF THAT DOCUMENT
12  THAT BASICALLY I ADMITTED THAT IT IS A
13  TYPOGRAPHICAL ERROR AND THAT I DID IN THE SECOND
14  AMENDED COMPLAINT.
15              IN MY SECOND AMENDED COMPLAINT, THE COURT
16  GRANTED ME PERMISSION, AND THEN I SUBMITTED A
17  MOTION FOR RECONSIDERATION.
18              AND I REMOVED ALL REFERENCES TO STD
19  BENEFITS.
20              AND IT IS A MISTAKE THAT I AM MAKING ON
21  PAGE 42, AND --
22              THE COURT:  WELL --
23              MR. SHEIKH:  AND I AM LEAVING SEVERAL
24  OPTIONS.
25              I -- I AM WILLING TO -- I PROPOSE THAT I

1   AM WILLING TO REMOVE THAT.
2           HOWEVER, MY LEGAL POSITION IS THAT GIVEN
3   THE SCENARIO THAT, NUMBER ONE, THE NINTH CIRCUIT
4   RULING, BASED ON CROWN GLASS, WHERE JUST BY
5   SPECULATION OF IMPROPER DENIAL CANNOT BE A BASIS
6   FOR A PREEMPTION.  IT NEEDS EVIDENCE.
7           NUMBER TWO, ALL THE IMPROPER DENIALS AND
8   DENIAL OF BENEFITS IS MOTIVATED BY -- AS AN ACT OF
9   RETALIATION FOR MY COMPLAINTS OF DISCRIMINATION.
10          AND I HAVE SPECIFICALLY -- ON PAGE 43, ON
11  SECTION C, I HAVE STATED SIX EXPLANATIONS WHY THIS
12  COURT CAN OVERLOOK THIS THING AND STILL COMPLETELY
13  REMAND ALL MY COMPLAINTS.
14          AND IF YOU GIVE ME PERMISSION, I CAN
15  QUICKLY READ IT FOR YOU.
16          THE COURT:  NO.  I CAN READ IT.
17          MR. SHEIKH:  OKAY.
18          THE COURT:  THAT'S WHY YOU FILE PAPERS,
19  ALTHOUGH YOU'RE SUPPOSED TO LIMIT --
20          MR. SHEIKH:  I ALSO WANT TO APOLOGIZE
21  THAT I SUBMITTED AN ADDITIONAL REPLY BRIEF THIS
22  MORNING AND THAT I COULD NOT MAKE A COPY AVAILABLE
23  TO YOU AT THE TIME OF FILING.  I FINISHED, LIKE,
24  5:00 IN THE MORNING.
25          THE COURT:  OKAY.  YOU'RE LIMITED TO 25

1    PAGES, AND YOU'VE GONE GROSSLY IN EXCESS OF THAT.
2            BUT THE BOTTOM LINE QUESTION THAT I'M
3    TRYING TO GET YOU TO ANSWER IS, ARE YOU MAKING A
4    CLAIM THAT YOU WERE DENIED LONG-TERM OR SHORT-TERM
5    DISABILITY PAYMENTS, OR THAT THERE WAS SOME DELAY
6    OR FAILURE TO PROPERLY ADMINISTER THOSE BENEFITS?
7            MR. SHEIKH:  WELL, YOUR HONOR, AS FAR AS
8    THE SHORT-TERM DISABILITY IS CONCERNED, THAT IS NOT
9    A SUPPLEMENT AND THAT IS NOT OUR POINT OF
10   DISCUSSION.
11           THE ONLY THING THAT DEFENDANT CAN BRING
12   IS THAT, THAT THE LTD PLAN, WHICH IS PROBABLY AN
13   ERISA PLAN, I HAVE NOT GONE THROUGH THAT.
14           THE COURT:  OKAY.  CAN YOU ANSWER MY
15   QUESTION, PLEASE?  ARE YOU MAKING ANY KIND OF CLAIM
16   THAT ANY TYPE OF YOUR LONG-TERM OR SHORT-TERM -- I
17   GUESS SHORT-TERM YOU'VE ELIMINATED -- LONG-TERM
18   DISABILITY PAYMENTS WERE DELAYED OR NOT PAID OR
19   WERE OTHERWISE IMPROPERLY ADMINISTERED?
20           MR. SHEIKH:  WELL, IT IS SPECULATION.
21   THIS IS WHAT I CONSIDER.
22           BUT I AM NOT BRINGING THIS CLAIM.
23           THE COURT:  YOU ARE OR ARE NOT MAKING
24   THAT CLAIM?
25           MR. SHEIKH:  YOUR HONOR, I AM NOT MAKING

1    A COMPLAINT FOR IMPROPER DENIAL OF LTD BENEFITS.
2               HOWEVER, MY LEGAL POSITION IS THAT EVEN
3    IF I MAKE SUCH A CLAIM, THERE IS NO ERISA
4    PREEMPTION FOR THAT BECAUSE I HAVE SUBMITTED A WELL
5    PLEADED COMPLAINT.
6               PLAINTIFF HAS COMPLAINED -- PLAINTIFF'S
7    BASIS FOR REMOVAL TO THIS COURT IS THAT I HAVE BEEN
8    DENIED BENEFITS.
9               AND I HAVE PROVED TO THIS COURT THAT I
10   HAVE RECEIVED MY BENEFITS AND I DID NOT CLAIM MY
11   BENEFITS IN THE ORIGINAL COMPLAINT.
12              SO THERE IS NO BASIS FOR REMOVAL.
13              NUMBER TWO, AFTER I SUBMITTED THE
14   COMPLAINT, THE DEFENDANT IS -- DEFENDANT'S POSITION
15   OF REFUSAL TO REMAND WAS THAT -- AS YOU KNOW, I DID
16   NOT INFORM THE DEFENDANT THAT MY CLAIMS ARE
17   ANYTHING OTHER THAN --
18              THE COURT:  OKAY.  MR. SHEIKH, CAN YOU
19   JUST TELL ME, ARE YOU MAKING A CLAIM AT THIS POINT
20   THAT --
21              MR. SHEIKH:  NO, YOUR HONOR.
22              THE COURT:  WELL, YOU'RE MAKING SOME
23   CLAIM.  LET ME FINISH THE QUESTION.
24              MR. SHEIKH:  YES, SIR.
25              THE COURT:  ARE YOU MAKING ANY KIND OF

1    CLAIM WITH RESPECT TO THE ADMINISTRATION OF ANY

2    LONG-TERM OR SHORT-TERM DISABILITY PAYMENTS OR THAT

3    THEY WERE DELAYED OR IMPROPERLY HANDLED?

4             MR. SHEIKH:  IN THAT WAY, YOUR HONOR, I

5    AM NOT.

6             THE COURT:  ALL RIGHT.  LET ME HEAR FROM

7    CISCO.

8             MS. MURACO:  YOUR HONOR, I THINK THERE'S

9    NO -- I UNDERSTAND PLAINTIFF REPEATEDLY HAS STATED

10   HE'S NOT SEEKING PAYMENT OR COMPENSATION FOR DENIAL

11   OF THE BENEFITS BECAUSE THEY HAVE BEEN PAID.

12            HOWEVER, HIS COMPLAINT, AND HIS REPLY

13   BRIEF EVEN, MAKE IT CLEAR THAT, IN FACT, HE IS

14   SEEKING DAMAGES FOR THE ALLEGED DELAY IN THE

15   PAYMENT OF THE LONG-TERM DISABILITY BENEFITS.

16            MR. SHEIKH:  WAIT --

17            MS. MURACO:  AND CONTENDS THAT CISCO

18   INTERFERED WITH HIS RIGHT TO TIMELY RECEIVE THOSE

19   BENEFITS.

20            FOR EXAMPLE --

21            THE COURT:  LET ME JUST STOP YOU.

22            ARE YOU MAKING A CLAIM THAT CISCO DELAYED

23   PAYMENTS OR INTERFERED WITH THE PAYMENT OF YOUR

24   BENEFITS?

25            MR. SHEIKH:  IS THAT FOR ME, SIR, YOUR

15

1   HONOR?

2           THE COURT: YES. YES.

3           MR. SHEIKH: WELL, I DON'T KNOW WHERE

4   DEFENSE IS.

5           I DON'T BELIEVE I'M MAKING ANY CLAIM ITEM

6   THAT -- I DON'T BELIEVE I AM ASKING FOR ANY DAMAGES

7   RELATED TO IMPROPER DENIAL OF, OR DELAY OF ERISA

8   BENEFITS.

9           BUT I WILL BE GLAD, IF CISCO CAN TELL ME

10  WHICH DOCUMENT AND WHERE SHE IS REFERRING TO AND

11  WHERE HAVE I CLAIMED DAMAGES AS WAS STATED FOR

12  DELAY OF BENEFITS --

13          THE COURT: OKAY. I'VE GOT A NUMBER OF

14  CASES STILL TO HEAR.

15          I THINK I UNDERSTAND THE POSITIONS OF THE

16  PARTIES. I'LL SEND OUT A RULING.

17          MS. MURACO: THANK YOU, YOUR HONOR.

18          THE COURT: THANK YOU.

19          MR. SHEIKH: THANK YOU, YOUR HONOR.

20          THE COURT: OKAY. THANKS.

21          (WHEREUPON, THE PROCEEDINGS IN THIS

22  MATTER WERE CONCLUDED.)

23

24

25